# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA STEAKS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUNIL BHASIN, d/b/a STEAKS FROM OMAHA, <br><br> Defendant. | **8:17CV194** <br><br> **ORDER** |

This matter is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint in this action more than 90-days ago, on June 6, 2017. (Filing No. 1). To date, Plaintiff has not filed a return of service indicating service on Defendant, and Defendant has not entered a voluntary appearance. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until September 25, 2017, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 11th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge